COMMONWEALTH of Pennsylvania, Respondent

v.

Danielle Nicole PACKER, Petitioner

No. 533 MAL 2016

Supreme Court of Pennsylvania.

December 5, 2016

## ORDER

PER CURIAM

AND NOW, this 5th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

> Did the prosecution prove beyond a reasonable doubt that Ms. Packer acted with sufficient malice when she became involved in a fatal motor vehicle accident after she "huffed" Dust–Off to support her convictions for [t]hird [d]egree [m]urder and [a]ggravated [a]ssault?